UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eddie Thomas, <br><br> Plaintiff <br><br> v. <br><br> Aaron Harroun, et al., <br><br> Defendants | Case No.: 2:24-cv-00345-APG-MDC <br><br> **Order Denying Motions for Default Judgment** <br><br> [ECF Nos. 17, 19] |

      Plaintiff Eddie Thomas has filed two motions for default judgment. ECF Nos. 17, 19. He contends that the defendants have failed to produce evidence (particularly, videos) that he has requested through discovery. But entry of default judgment because of discovery failures requires more than what these motions offer. Federal Rule of Civil Procedure 37(b)(2)(A)(vi) permits entry of default judgment if a party violates a court order requiring production of information. No such order has been entered here. Thomas may move under Rule 37(a) for a court order compelling the defendants to produce the videos, but he must first confer with the defendants' counsel about that, as required by Rule 37(a)(1) and Local Rule 26-6(c). If an order compelling production of the videos is entered and the defendants refuse to comply, Thomas may then move for sanctions. At this stage, his motions are premature.

      I THEREFORE ORDER that Thomas' motions for entry of default judgment (ECF Nos. 17, 19) are denied without prejudice.

      DATED this 4th day of December, 2025.

                                                                         ANDREW P. GORDON <br>
                                                                       CHIEF UNITED STATES DISTRICT JUDGE