AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants Aaron Harroun
and Donald Southworth*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE THOMAS, | Case No. 2:24-cv-00345-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE** (Third Request) |
| AARON HARROUN, *et al.*, | |
| Defendants. | |

Plaintiff Eddie Thomas and Defendants Aaron Harroun and Donald Southworth, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate to extending the deadline to file dispositive motions.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   BACKGROUND AND RELEVANT PROCEDURAL HISTORY

July 21, 2025 the Court issued a scheduling Order which set the date for dispositive motions as February 18, 2026. There are currently several matters pending before the Court.[1] For this reason, the Parties held a meet and confer telephone call on February 17, 2026, to discuss a stipulation to extend the dispositive motion deadline to allow for the court to rule on the pending matters. The Parties agreed to extend the dispositive motion deadline forty-five days to allow this Court time to rule on the pending matters. ECF No.

---

[1] ECF Nos. 23, 24, 25, 26, 27, 28, 29.

32 and 38. Parties now request an additional extension as the matter is still pending before the court.

## II.   STATEMENT OF GOOD CAUSE

Federal Rule of Civil Procedure ("Federal Rule") 16(b)(4) governs the modification of scheduling orders and discovery plans. *Freeman v. LVMPD*, Case No. 2:23-cv-01139-CDS-MDC, 2026 WL 372895, at *1 (D. Nev. Feb. 9, 2026). Federal Rule 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." The good cause inquiry focuses primarily on the movant's diligence. *Id.* (quoting DRK Photo v. McGraw-Hill Global Educ. Holdings, LLC, 870 F.3d 978, 989 (9th Cir. 2017)). Furthermore, under LR 26-3 a request made within 21 days of the subject deadline must be supported by a showing of good cause and plaintiff must show excusable neglect when a request for extension is made after the deadline passed. *Id.* (citing LR 26-3).

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV1003997MMMJEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

A brief extension here will allow this Court time to rule on the matters currently pending, where the decisions may affect dispositive motions.

## III.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

The Parties propose the following schedule for the filing of any dispositive motions: The deadline to file any dispositive motions will be extended 45 days from the current deadline of **May 19, 2026 to July 03, 2026.**

///

///

## IV.    CONCLUSION

Based on the foregoing, good cause exists, and the parties respectfully request that this Court extend the dispositive motion deadline as outlined above.

DATED this 15th day of May 2026.                    DATED this 15th day of May 2026.

AARON D. FORD
Attorney General


*/s/ John Regalia*                                   /s  ~~Eu~~

John Regalia (Bar No. 16969)                         Eddie Thomas, #96556,
Deputy Attorney General                              *Plaintiff, Pro Se*
*Attorneys for Defendants*


### ORDER

**IT IS SO ORDERED:**

DATED 5/20/2026.




MAXIMILIANO D. COUVILLIER, III
United States Magistrate Judge

Page **3** of **3**