**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Eddie Thomas,

Plaintiff

v.

Aaron Harroun, et al.,

Defendants

Case No.: 2:24-cv-00345-APG-MDC

**Order Granting Motion to Extend Time**

[ECF No. 53]

I HEREBY GRANT the defendants' motion to extend the deadline to file their motion for summary judgment. ECF No. 53. The defendants' motion for summary judgment, filed at ECF No. 55, is deemed timely filed.

DATED this 2nd day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE